*AUSA Assigned: MJE*

*County of Investigation: Okanogan*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 10, 2025

SEAN F. McAVOY, CLERK

*In Re: Affidavit for Criminal Complaint charging George EVERYBODYTALKSABOUT with Assault Resulting in Serious Bodily Injury in Indian Country*

## AFFIDAVIT

STATE OF WASHINGTON    )
                       ) ss
County of Spokane      )

### INTRODUCTION AND AGENT BACKGROUND

**1.**  I, Lindsay Sanders, Special Agent, being first duly sworn on oath, depose and state the following:

**2.**  Your affiant is a Special Agent (SA) for the Federal Bureau of Investigation (FBI). This affidavit is in support of a Criminal Complaint charging George EVERYBODYTALKSABOUT with Assault Resulting in Serious Bodily Injury in Indian Country, in violation of 18 U.S.C. §§ 113(a)(6), 1153.

**3.**  Your affiant has been employed with the Federal Bureau of Investigation (FBI) since December of 2021. Your affiant is currently assigned to the FBI's Spokane Resident Agency. Your affiant is currently assigned to investigating violent crimes in Indian Country on the Colville, Spokane, and Kalispel Indian Reservations. As an FBI Special Agent, your affiant has received extensive training in a variety of investigative and legal matters of violations of federal and state law. Your affiant has participated in numerous investigations.

**4.**  Prior to your affiant's employment with the FBI, your affiant was a certified law enforcement officer in the state of New Mexico from 2015-2021.

During this time, your affiant was assigned to investigate various crimes including but not exclusive to violent crimes.

5. Your affiant is "an investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code. Your affiant is, therefore, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Title 18, United States Code.

6. This affidavit does not contain all of the information known to your affiant or to law enforcement regarding this investigation but rather contains only those facts believed to be necessary to support the criminal complaint. Your affiant has personally participated in this investigation and the following information is derived from my personal observations, review of official documents, and information provided by other sworn law enforcement officers.

## STATEMENT OF PROBABLE CAUSE

7. On October 1, 2025, a Colville Tribal Police Department Officer was advised of an assault that took place in the Malott Huds. Your Affiant is aware that the location where the assault took place is within the external boundaries of the Confederated Tribes of the Colville Reservation, in Indian Country. Medical staff advised that the victim had a brain bleed and was going to be life flighted to the Tacoma General Hospital.

8. The tribal officer met with an Okanogan County Sheriff's Officer deputy at Mid-Valley Hospital in Omak, Washington. Officers contacted the Victim inside the hospital and communicated with Victim using a video interpreter because Victim was not able to speak English well. Victim stated that he was at Gregory EVERYBODYTALKSABOUT's residence in the Malott Huds and described the area where the house was located. The address is 187 Malott Hud

Rd, Malott, WA 98829. Victim stated that he was at Gregory's residence having a BBQ and drinking beer when Gregory's nephew, George EVERYBODYTALKSABOUT, arrived.[1] Victim stated that Gregory started telling George that "this is the guy that stole my wheels" and that Gregory told George to beat him up. Victim stated that he was sitting on the side of a car trailer when he was struck by George and was knocked to the ground. George struck him several times in the head, several times in the chest, and back as Victim rolled around to protect himself.

9. Victim stated that Gregory's wife Jennifer's grandson was the one who stopped George from attacking him. Victim was not sure of the grandson's name but said he was young and approximately 18 or 19 years old. Victim stated that he kept trying to tell Gregory and George that he would never steal from them. While he was being attacked by George, Gregory kept telling George to "keep hitting him". The attack didn't stop until Jennifer's grandson stopped it.

10. On October 4, 2025, Gregory and George were located and arrested. After the arrests an officer conducted an interview with Noah Everybodytalksabout.[2] Noah said Victim was knocking on the door and yelling for Jennifer. Victim was hard to understand. Victim said that George had beat him up. Victim was standing on the front steps near the front door when George came back. George hit Victim and tackled Victim to the ground. Once Victim was on the ground, George kicked Victim in the face. Noah told George to stop, and he

---

[1] For clarity Your Affiant intends to refer to George EVERYBODYTALKSABOUT as "George" and Gregory EVERYBODYTALKSABOUT as "Gregory." No disrespect is intended.

[2] For clarity Your Affiant intends to refer to Noah Everybodytalksabout as "Noah." No disrespect is intended.

eventually did. Noah did not witness the initial assault. George told Victim that Victim stole from his grandfather.

11. On October 27, 2025, a Colville Tribal Police Department Officer spoke with Jennifer Leaf. Jennifer had arrived at the courthouse with Victim; the contact between Jennifer, Victim, and law enforcement had not been previously scheduled or solicited by law enforcement. Jennifer advised they owned the property and nearby trailers where her and Victim reside. Jennifer explained that they had transported Victim to the courthouse because "he wanted to come over and clear it up, tell the truth." When asked if the transported individual was forced to come, Jennifer denied this and stated, "I wouldn't do that. He's lived with us forever." The officer informed the property owner that jail phone calls had been reviewed,[3] and it appeared Victim did not want to be there. The officer advised Jennifer that their actions could be considered witness tampering and warned them about potential legal consequences. Jennifer reiterated that they only wanted the transported individual (Victim) to "tell the truth."

12. The officer spoke with Victim using Google's translate app since the officer was informed Victim was Spanish speaking. Halfway through the interview Victim began speaking in English although it was very broken and the officer was able to understand most of the story. The officer asked Victim if Victim was aware of the reason he was there. Victim replied, "I don't know I would like to know". The officer responded, we were told you would like to make a statement regarding an incident that had happened a few weeks ago pertaining to an assault. Victim replied, "I'm the person sent to the hospital for emergency to Tacoma." The officer

---

[3] Your Affiant understands that, following George and Gregory's arrests, recorded jail calls had been obtained from the Colville Tribal Correctional Facility and reviewed. Your Affiant has not yet had an opportunity to review the referenced jail calls.

Affidavit in Support of a Criminal Complaint
by Special Agent Lindsay Sanders - 4                                                     2:25-mj-00660-JAG

asked Victim if he wanted to be there right now. The officer advised Victim that from what he it sounded like Victim did not want to be there today and did not know the reason he was there. Victim responded, "I am here because the King's wife brought me to give a statement that he is not guilty." The officer asked Victim if that was true or if he was being forced to say it was. Victim told the officer "He is telling me". Victim stated he was brought to the location by "the King's wife" to give a statement. Victim mentioned being attacked twice by Gregory's nephew, resulting in injuries that required medical attention.

      13.     Victim admitted to consuming two beers earlier that morning. Victim also mentioned taking medication for health issues and seeing a chiropractor due to ongoing injuries. Victim appeared to the officer to be intoxicated. The officer was able to smell the odor of intoxicants coming from Victim's breath as Victim was speaking to him. The officer also noticed there was slight slurring of Victim's speech during the interview. Victim reiterated multiple times that he would not change his story and expressed concern about being coerced. Victim stated, "that's my story. It doesn't matter what happens."

      14.     Your Affiant has reviewed medical records concerning Victim from Mid-Valley Hospital in Omak, Washington. Per the records, Victim initially reported that Victim had had six or more beers that day and fell off the top of his trailer. Victim later stated "I must tell the truth. I did not fall off my trailer. I was drinking with Greg and his wife, Jennifer, and they accused me of stealing." Victim then stated that he was assaulted by Greg's nephew, George, and was struck multiple times in the head, chest, and upper back.

      15.     Among other injuries, Victim was diagnosed at Mid-Valley Hospital with an acute parafalcine subdural hematoma with hemorrhage layering along the left tentorial leaflet. Your Affiant is aware that this injury is a form of brain bleed which requires immediate medical attention.

16.    Your Affiant is aware that Victim's injury was sufficiently serious that Victim was life-flighted from Omak to a different hospital in Tacoma, Washington, for further treatment.

17.    Your Affiant is aware that George EVERYBODYTALKSABOUT has some quantum of Indian blood and is an enrolled member of the Confederated Tribes of the Colville Reservation. George EVERYBODYTALKSABOUT is accordingly an Indian.

## CONCLUSION

18.    Based upon the information above and my knowledge and experience, there is probable cause to believe George EVERBODYTALKSABOUT has committed Assault Resulting in Serious Bodily Injury in Indian Country, in violation of 18 U.S.C. §§ 113(a)(6), 1153. As noted above, Victim advised he was physically assaulted by George EVERYBODYTALKSABOUT, including being struck in the head. Noah Everybodytalksabout witnessed George EVERYBODYTALKSABOUT hit and tackle Victim to the ground. Per Noah, once George EVERYBODYTALKSABOUT had Victim on the ground he kicked him in the face. Victim sustained multiple injuries including an acute brain bleed that required Victim to be life-flighted to another hospital in Tacoma, Washington for further treatment. Your Affiant accordingly believes that probable cause exists to believe that the injuries inflicted upon Victim by George EVERYBODYTALKSABOUT involved a substantial risk of death. Your Affiant therefore believes there is probable cause to charge George EVERYBODYTALKSABOUT with Assault Resulting in Serious Bodily Injury in Indian Country, in violation of 18 U.S.C. §§ 113(a)(6), 1153.

_Lindsay Sanders_
Lindsay Sanders, Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to telephonically and electronically before me this 10th day of November, 2025.

_____
James A. Goeke
United States Magistrate Judge